The People of the State of New York, Respondent, v. Louis Stern, Appellant.— Judgment affirmed. No opinion.

Caroline Stern, as Sole Qualifying Executrix, etc., of Louis Stern, Deceased, Plaintiff, v. Bertha Robinson, Defendant.— Judgment ordered for plaintiff, without costs. No opinion. Order to be settled on notice.

Margaret E. Finn, as Administratrix, etc., of Ann Doudican, Deceased, Appellant, v. The Bowery Savings Bank, Respondent.— Judgment affirmed, with costs. No opinion.

Michael P. Burns and John L. Olmstead, Doing Business as Burns & Olmstead, Appellants, v. John H. Quirk, Impleaded with Jonathan Bates, Respondent.— Judgment affirmed, with costs. No opinion.

John W. Whelan and Others, as Trustees in Bankruptcy of E. Reboulin Fils & Co., Inc., Appellants, v. Henry Goldman and Others, Copartners, Doing Business under the Firm Name and Style of Goldman, Sachs & Company, and Others, Impleaded with James Talcott, Respondent, and Hartford Fire Insurance Company, Appellant.— Judgment affirmed, with costs. No opinion.

Tucker-Speyers & Company, Respondent, v. David Augustus Clarkson and Clermont L. Clarkson, Copartners, Doing Business under the Firm Name and Style of Ogden & Clarkson, Appellants.— Judgment and order affirmed, with costs. No opinion.

Carl Boos and William A. Boos, Respondents, v. Knickerbocker Chocolate Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Anna L. Thomass, Appellant, v. Edward Thomass, Respondent.— Order affirmed. No opinion.

Jennie Selvaggio, Appellant, v. Michele Selvaggio, Respondent.— Judgment affirmed. No opinion.

Anna Cunningham, by Anna Prell, Her Guardian ad Litem, Appellant, v. William Cunningham, Respondent.— Judgment affirmed. No opinion.

Benjamin Steinman and Harry H. Meyers, Respondents, v. Eva K. Conlon, Appellant.— Judgment and order affirmed, with costs. No opinion.

Lena Schiff, Appellant, v. Hirsh Rabinowich and Others, Respondents. — Judgment modified by striking out award of costs to defendant Fiebert, and as so modified affirmed, with costs to the other respondents. No opinion.

Francesca Stropoli, Appellant, v. Mendel Tamor and Others, Impleaded with Bankers' Life Insurance Company of the City of New York and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Churchill C. Macray, Appellant, v. Julia E. Fowler, Respondent.— Judgment affirmed, with costs. No opinion.

Oscar B. Bergstrom and Henry A. Taylor, Doing Business under the Firm Name and Style of Bergstrom & Company, Appellants, v. The Ridgway Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Mary Augusta Requa, Appellant, v. The Board of Education of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.